JANAK S. DAVE *v.* DENNIS C. CAVANAUGH ET AL.
(11347)

DUPONT, C. J., O'CONNELL and FOTI, Js.

Argued January 5—decision released January 26, 1993

*Sanatkuma V. Pandit,* for the appellant (plaintiff).
*Robert W. Lotty,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.

SUSAN FJELLAND ET AL. *v.* MICHELLE CELOTTO ET AL.
(10970)

DUPONT, C. J., DALY and FREEDMAN, Js.

Argued January 5—decision released January 26, 1993

*James T. Baldwin,* for the appellants (defendants).
*Frank J. Mongillo, Jr.,* with whom was *Thomas Virgulto,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.